

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

April 3, 2023

**BY ECF:**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Rodriguez v. Burnett et al; 7:22-cv-10056-PMH

Dear Judge Halpern:

I write on behalf of this Office in response to the Court's February 1, 2023 Order seeking the names, badge numbers, and address where the Defendants John Doe #1 – 10 and Jane Doe #1 - 3 may be served. See Dkt. No. 6. In accordance with that Order, this Office has learned the following information from the Department of Corrections and Community Supervision ("DOCCS") regarding the Defendants specified in the Court's Order:

- John Doe #1 A/K/A Director of C.E.R.T.: The full name of the person Plaintiff appears to intend to name is Assistant Commissioner Robert Mitchell. He can be served at DOCCS Central Office, The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050.
- John Doe # 2 A/K/A C.E.R.T. Member 18-42: The full name of the person Plaintiff appears to intend to name is Correction Officer ("C.O.") Richard Flanagan, Badge # 18-42, and he can be served at Green Haven Correctional Facility 594 Route 216 Stormville, NY 12582-0010.
- John Doe # 3 A/K/A C.E.R.T. Member 13-38: The full name of the person Plaintiff appears to intend to name is C.O. Johnathon Franco, Badge # 13-38, and he can be served at Sing Sing Correctional Facility, 354 Hunter Street Ossining, NY 10562-5442.
- John Doe #4 A/K/A C.E.R.T. Member 13-24: The full name of the person Plaintiff appears to intend to name is C.O. Angel Matos, Badge # 13-24, and he can be served at Sing Sing Correctional Facility, 354 Hunter Street Ossining, NY 10562-5442.
- John Doe #5 A/K/A C.E.R.T. Member 13-59: The full name of the person Plaintiff appears to intend to name is C.O. Vincente Santiago, Badge # 13-59, and he can be served at Sing Sing Correctional Facility, 354 Hunter Street Ossining, NY 10562-5442.

- John Doe #6 A/K/A C.E.R.T. Member 13-30:  The full name of the person Plaintiff appears to intend to name is C.O. Jean Marc Oge, Badge # 13-30, and he can be served at Sing Sing Correctional Facility, 354 Hunter Street Ossining, NY 10562-5442.
- John Doe #7 A/K/A C.E.R.T. Member 18-14:  The full name of the person Plaintiff appears to intend to name is C.O. Jason Crofoot, Badge # 18-14, and he can be served at Green Haven Correctional Facility 594 Route 216 Stormville, NY 12582-0010.
- John Doe #8 A/K/A C.E.R.T. Member 13-74: The full name of the person Plaintiff appears to intend to name is C.O. Carlton Garrett, Badge #13-74, and he can be served at Sing Sing Correctional Facility, 354 Hunter Street Ossining, NY 10562-5442.
- John Doe # 9 A/K/A Office of Special Investigation ("OSI") Member: Christopher Ciacco, and he can be served at DOCCS OSI, The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050.  Please note OSI members do not have badge numbers.
- John Doe # 10 A/K/A OSI Member: Shawn Hanley, and he can be served at DOCCS OSI, The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050.  Please note OSI members do not have badge numbers.
- Jane Doe #1 A/K/A OSI Member: Alexis Cherry, and she can be served at DOCCS OSI, The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050.
- Jane Doe # 2 A/K/A OSI Member:  Jan Okusko, and she can be served at DOCCS OSI, The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050.
- Jane Doe# 3 A/K/A OSI Member: Aleshia Rose, and she can be served at DOCCS OSI, The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050.

The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

Respectfully submitted,

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General
Andrew.Blancato@ag.ny.gov

cc:
Ralph Rodriguez
17-A-0928
Fishkill Correctional Facility
P.O. Box 307
Housing Unit 9-1
Beacon, NY 12508

## DECLARATION OF SERVICE

Andrew Blancato, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On April 3, 2023, I caused to be served the annexed <u>Letter</u> upon:

Ralph Rodriguez
17-A-0928
Fishkill Correctional Facility
P.O. Box 307
Housing Unit 9-1
Beacon, NY 12508

plaintiff pro se, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General