U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ralph Rodriguez | 7:22-cv-10056-PMH - 14 |
| DEFENDANT | TYPE OF PROCESS |
| Burnett et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
OSI Member: Jan Okusko

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
DOCCS OSI, The Harriman State Campus 1220 Washington Avenue Albany, NY 12226-2050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ralph Rodriguez 17-A-0928  
Fishkill Correctional Facility  
P.O. Box 307 Housing Unit 9-1  
Beacon, NY 12508

Number of process to be served with this Form 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  
☐ PLAINTIFF  
☐ DEFENDANT  
*Tanuj Arora*  
TELEPHONE NUMBER:  
DATE: 5/2/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)  
Total Process: 14/22  
District of Origin No.: 054  
District to Serve No.: 052  
Signature of Authorized USMS Deputy or Clerk  
Date: 7/18/2023

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
Megan Spillane  
Date: 07/18/2023  
Time: 1620  ☐ am ☐ pm

Address (complete only different than shown above):  
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS: The above Legal Counsel refused to accept

Form USM-285  
Rev. 03/21