> Application granted. The July 22, 2024 conference is hereby adjourned to August 13, 2024 at 10:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> Counsel for Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 10, 2024

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's [obscured]

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Rodriguez v. Burnett, et al.*, 22-CV-10056 (PH)

Dear Judge Halpern:

    I write respectfully pursuant to the Court's May 31, 2024 Notice of Initial Conference (Dkt. 65) to enclose a proposed Civil Case Discovery Plan and Scheduling Order in Pro Se Case in Which Local Civil Rule 33.2 Applies. I spoke with Plaintiff this past Friday, July 5, 2024, and we agreed on the dates.[1]

    In addition, both parties join in respectfully requesting that the conference currently scheduled for July 22, 2024, be adjourned to the following week on any date except Wednesday, July 31, 2024. I have a previously scheduled deposition in a correctional facility that day in the matter of <u>Oleman v. Hammer</u>, 23 Civ. 3607 (LAP) on July 31, 2024, that cannot easily be rescheduled. As a result, it will be difficult for me to participate in the conference. In addition, Plaintiff has advised me that he is currently enrolled in a school program and has a number of deadlines the week of July 22, 2024.

---

[1] I had previously scheduled a call with plaintiff on June 21, 2024. However, at that time, I was advised that Plaintiff would not come to the phone.

Thank you for your consideration of this request.

                        Respectfully submitted,

                        /s/ *Neil Shevlin*
                        Neil Shevlin
                        Assistant Attorney General
                        Neil.Shevlin@ag.ny.gov

Enc.

cc:    *Pro se* Plaintiff (by First Class mail)
       Ralph Rodriguez
       DIN # 17A0928
       Wallkill Correctional Facility
       50 Mc Kendrick Rd.
       Wallkill, NY 12589