UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH RODRIGUEZ,

                Plaintiff,

-against-

EDWARD R. BURNETT et al,

                Defendants.

**ORDER**

22-CV-10056 (PMH)

PHILIP M. HALPERN, United States District Judge:

    An initial pretrial conference was held today. Counsel for Defendants, Neil Shevlin, and Plaintiff, proceeding *pro se*, appeared telephonically. As discussed at the conference, the Court struck Defendants' May 20, 2024 Answer (Doc. 64). Mr. Shevlin is directed to, by **August 27, 2024**, (i) notify the Court whether he is representing Defendants Stephen Urbanski, Mohammad A. Bhuiyan, and Oujas Gifty; and (ii) file an answer which omits the first footnote of the May 20, 2024 Answer and adds all Defendants referred to in that footnote. To the extent Mr. Shevlin notifies the Court that he does not represent all named Defendants, he shall, by **August 27, 2024**, move to withdraw as attorney of record for any Defendants whom he is not representing. A Civil Case Discovery Plan and Scheduling Order will be docketed separately.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated:  White Plains, New York
          August 13, 2024

                                                        PHILIP M. HALPERN
                                                        United States District Judge