> Defendants are directed to respond to Plaintiff's 8/16/24 application (Doc. 77) by 8/28/24.
>
> The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 21, 2024

UNITED STATES DISTRICT [COURT]
SOUTHERN DISTRICT [OF NEW YORK]

__Ralph Rodriguez__
Write the full name of each plaintiff or petitioner.

-against-

__Edward R. Burnett, et al.,__
Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that __Plaintiff__ (plaintiff or defendant) __Ralph Rodriguez__ (name of party who is making the motion) requests that the Court:

__Production of Documents and Application for the Court to request Pro Bono Counsel__

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents: Rodriguez v. Burnett, et al., 22cv10056 (PMH)

Dated: __8-1-2024__

Signature: __Ralph Rodriguez__

Name: __Ralph Rodriguez__

Prison Identification #: __17A0928__

Address: __Wallkill Correctional Facility__, City: __Route 208 Box G__, State: __(NY)__, Zip Code: __12589__

Telephone Number (if available):

E-mail Address (if available):

SDNY Rev: 5/24/2016