UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ralph Rodriguez_
Write the full name of each plaintiff or petitioner.

Case No. 22 CV 10056 (PMH)

-against-

_Edward R. Burnett, et.al.,_

NOTICE OF MOTION

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _Plaintiff_ _Ralph Rodriguez_
                         plaintiff or defendant   name of party who is making the motion

requests that the Court:

_Production of Documents and Application for the Court to request Pro Bono Counsel_

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☒ my own declaration, affirmation, or affidavit

Rodriguez v. Burnett, et al.,

---

Plaintiff's motion to compel the production of documents is denied as premature. Defendants' responses to Plaintiff's discovery requests are due on September 16, 2024. (See Doc. 81). Moreover, Plaintiff's application for the Court to request pro bono counsel is denied. Plaintiff may seek assistance from NYLAG or the *Pro Se* Clerk's Office.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and terminate the letter motion pending at Doc. 77.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       August 23, 2024

---

Signature: _Ralph Rodriguez_

17A0928
Prison Identification # (if incarcerated)

Route 208 Box G, (12589)
State    Zip Code

E-mail Address (if available)