UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ralph Rodriguez
_Write the full name of each plaintiff or petitioner._

Case No. 22 cv 10056 (PMH)

-against-

Edward R. Burnett, et. al.
_Write the full name of each defendant or respondent._

**NOTICE OF MOTION**

Plaintiff's Local Civil Rule 33.2 and Request for production of Documents

PLEASE TAKE NOTICE that Ralph Rodriguez (17A0528) Walkill C.F
_plaintiff or defendant_ _name of party who is making the motion_

requests that the Court:

Grant letter request/motion to submit plaintiff's Discovery request and Interrogatories due 8-22-2024, which plaintiff received documentations for on 8-18-2024; and grant Notice of motion Plaintiffs Local Civil Rule 33.2 and Request for documents.

_Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know._

---

Pursuant to the Case Management and Scheduling Order (Doc. 70), Plaintiff is not permitted to serve additional document requests or interrogatories without leave of the Court. In light of the representations made in Defendants' September 18, 2024 letter (Doc. 87), Plaintiff's request for leave to serve additional document requests and interrogatories is granted in part and denied in part (Docs. 83-85). Plaintiff's request to serve additional "initial interrogatories" (Doc. 83 at 2) is denied because they are duplicative of interrogatories already made and responded to by Defendants. With respect to Plaintiff's request to serve an additional set of interrogatories and document requests on each defendant (Doc. 83 at 3-74), the request is granted as to Interrogatory Nos. 1,3,11,15-19, and 22-25; and denied as to the remaining interrogatories.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and terminate the motion sequence pending at Doc. 83.

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 19, 2024

---

and Request documents

_[signature]_

(incarcerated)

..., Walkill NY 12589
_State_    _Zip Code_