UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH RODRIGUEZ,

                        Plaintiff,                    **ORDER**

        -against-                                     22-CV-10056 (PMH)

EDWARD R. BURNETT et al,

                        Defendants.

PHILIP M. HALPERN, United States District Judge:

        In light of the extension of the discovery schedule granted on January 21, 2025 (Doc. 93),

the telephonic case management conference scheduled for February 27, 2025 (Doc. 70) is hereby

adjourned to **May 5, 2025 at 10:00 a.m.**

        The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                **SO ORDERED.**

Dated:   White Plains, New York
         February 3, 2025

                                _____
                                PHILIP M. HALPERN
                                United States District Judge