**Ralph Rodriguez**
10-17 Seneca
Ridgewood NY 11385
315-991-5527
Nova01Rod@gmail.com

April. 28, 2026

**United States District Court of New York**
22-CV-10056(PMH)

Dear Honorable Halpern,

I'm writing in reference to my case 22-CV-10056, and pursuant to the courts March 10, 2026 order directing JOINT PROPOSED FORMS, be submitted on the 30th of April and an extension for submitting those forms is being requested.

I was granted pro bono status by the court and on 4-28, 2026 had a meeting with the law firm Smith, Gamble Russell, specifically with Manley Morgan and one of the partners and after an interview they had requested that I submit this request asking for an extension of 30 days or more to submit those forms as paperwork and more documents are needed by the firm so they can assist.

I had reached out to defendants counsel and informed Mr Cahn, Gabriel of this letter and extension request and the defendants position is they will not abject any extensions provided. These forms are detrimental to my case and as a pro se litigant who is unfamiliar with the rules of this court and these steps humbly request this honorable Court to grant this extension.

Sincerely,

Ralph Rodriguez