

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 30, 2026

**Via ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *Rodriguez v. Blot et al.*, 22-CV-10056 (PMH)

Dear Judge Halpern:

I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). OAG represents Defendants Michel Blot, Mohammad Bhuiyan, Richard Flanagan, Johnathan Franco, Angel Matos, Vicente Santiago, Jean Marc Oge, Jason Crofoot, Carlton Garrett, Christopher Ciaccio and Alexis Cherry ("Defendants") in this case. I write on behalf of Defendants in response to the Court's March 10, 2026 Order directing the parties to "file those materials required by Rules 6(A) and 6(B) of this Court's Individual Practices" by April 30, 2026. (Dkt. No. 114 at 20–21).

Following the Court's Order, the undersigned reached out to Plaintiff Ralph Rodriguez by email on March 23, 2026 and March 26, 2026 to set up a time to discuss the April 30 deadline for filing joint pre-trial materials in accordance with the Court's Individual Practices, as well as the possibility of settlement. Mr. Rodriguez expressed an interest in seeking an extension of the Court's April 30 deadline to afford him more time to obtain counsel in this case. Although Defendants indicated they would not oppose such a request, the undersigned explained that Defendants would not be making a motion for an extension of time on his behalf.

Accordingly, on April 14, 2026, the undersigned emailed Mr. Rodriguez a draft version of the joint materials required by Rules 6(A) and 6(B) of Your Honor's Individual Practices and followed up by phone and email on April 20, 2026. Upon Mr. Rodriguez's request, the undersigned also mailed hard copies of the draft materials to him on April 21, 2026. On April 27, 2026, Mr. Rodriguez emailed to confirm the deadline for submitting the parties' pre-trial materials, and I responded that the deadline remains April 30, 2026.

On April 30, 2026, a letter was filed on the docket from Mr. Rodriguez requesting an extension of time (Dkt. No. 116), but as of this writing, such request has not been granted.

In light of the above, and because Plaintiff has not yet provided feedback on Defendants' proposed joint pre-trial materials or obtained an extension of the April 30 deadline, Defendants

Hon. Philip M. Halpern    Page 2 of 2
April 26, 2026

respectfully submit their proposed pre-trial materials as required by Rules 6(A) and 6(B) of this Court's Individual Practices.

Last, Defendants note that they are actively exploring the possibility of settlement and can update the Court by May 22, 2026 regarding the utility of a referral to a United States Magistrate Judge for a settlement conference.

Thank you for your attention to this matter.

Sincerely,

/s/ Gabriel Cahn
GABRIEL CAHN
Assistant Attorney General
212-416-8570
Gabriel.Cahn@ag.ny.gov

Encl.

cc:    Ralph Rodriguez, *pro se*
       10-17 Seneca Avenue
       Ridgewood, New York 11385
       nova01rod@gmail.com
       (**via First-Class Mail and E-mail**)