UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RALPH RODRIGUEZ,

                         Plaintiff,

- against -

MICHEL BLOT, MOHAMMAD BHUIYAN,
RICHARD FLANAGAN, JOHNATHAN
FRANCO, ANGEL MATOS, VICENTE
SANTIAGO, JEAN MARC OGE, JASON
CROFOOT, CARLTON GARRETT,
CHRISTOPHER CIACCIO, and ALEXIS
CHERRY,

                         Defendants.

-------------------------------------------------------------X

22-CV-10056 (PMH)

**DECLARATION OF
GABRIEL CAHN**

GABRIEL CAHN, an attorney duly licensed to practice law before this Court, declares the following to be true under penalty of perjury:

1.      I am an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, counsel for current and former employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), Defendants Michel Blot, Mohammad Bhuiyan, Richard Flanagan, Johnathan Franco, Angel Matos, Vicente Santiago, Jean Marc Oge, Jason Crofoot, Carlton Garrett, Christopher Ciaccio and Alexis Cherry ("Defendants").

2.      I am fully familiar with the pleadings in this matter and submit this Declaration in connection with Defendants' memorandum of law in support of their motions *in limine*. True and accurate copies of the following documents are annexed:

      A.      Annexed hereto as **Exhibit A** is a true and accurate copy of relevant excerpts of the transcript of Plaintiff's October 21, 2024 Deposition; and

B.      Annexed hereto as **Exhibit B** is a true and accurate copy of Plaintiff's

DOCCS Incarcerated Lookup Page as of April 24, 2026.

WHEREFORE, for the reasons stated in the accompanying memorandum of law,

Defendants respectfully submits that this Court should grant their motions *in limine*.

Dated: New York, New York
       April 30, 2026

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendants*

/s/ *Gabriel Cahn*
By: Gabriel Cahn
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8570
Gabriel.Cahn@ag.ny.gov