*1301 Avenue of the Americas*
*15th Floor*
*New York, New York  10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*Morgan Manley*
*Direct Tel: 212-907-9729*
*Direct Fax: 212-907-9829*
*mmanley@sgrlaw.com*

May 29, 2026

***VIA ECF***
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:     ***Rodriguez v. Burnett et al.*, 22 Civ. 10056 (PMH) (JCM)**

Dear Judge Halpern:

We are pro bono counsel for Plaintiff Ralph Rodriguez ("Plaintiff") in the above-referenced action. Pursuant to the Court's Individual Practices, we write jointly with counsel for Defendants to respectfully request a settlement conference with the assigned Magistrate Judge. Plaintiff further writes, on consent of Defendants, to request an adjournment of the deadline to file the pretrial materials required by Rules 6(A) and 6(B) of this Court's Individual Practices until 65 days after the conclusion of the settlement conference if the parties fail to reach a resolution.

Promptly after Plaintiff's pro bono counsel's recent appearance, the parties met and conferred concerning exploring potential settlement of this matter prior to the parties commencing the time-consuming process of preparing for trial.  The parties agree that a settlement conference would be beneficial and, in the interim, would permit pro bono counsel time to review the discovery in this case that Defendants' counsel kindly provided late last week and, if necessary, to locate any potential witnesses in this matter.

The deadline to submit the above-referenced pretrial materials is currently June 1, 2026. This is Plaintiff's second unopposed request for an adjournment.  Plaintiff's prior request, made prior to pro bono counsel being retained, was granted.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Morgan V. Manley*

Morgan V. Manley

cc:     All Counsel of Record