*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

*Morgan V. Manley*
*Direct Tel: 212-907-9729*
*Direct Fax: 212-907-9800*
*mmanley@sgrlaw.com*

Application granted. The Parties shall, by September 7, 2026, file those materials required by Rule 6(A) and 6(B) of this Court's Individual Practices.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 135.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 13, 2026

***VIA ECF***
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

**Re:** ***Rodriguez v. Burnett et al., 22 Civ. 10056 (PMH) (JCM)***

Dear Judge Halpern:

We are pro bono counsel for Plaintiff Ralph Rodriguez ("Plaintiff") in the above-referenced action. Pursuant to the Court's Individual Practices, Plaintiff respectfully writes to advise the Court that the parties' settlement efforts were unsuccessful and to request a 30-day adjournment of the current deadline for submission of the parties' pretrial materials.

Unfortunately, the parties were unable to reach a resolution of this matter at the settlement conference. As the parties prepare to proceed toward trial, Plaintiff's counsel has been working with Defendants' counsel to obtain the remainder of the discovery exchanged in this matter. The parties are in the process of finalizing a confidentiality agreement that will permit the production of certain discovery materials to Plaintiff's counsel for review. Plaintiff respectfully submits that a brief adjournment will allow the parties to complete that process and permit Plaintiff's counsel sufficient time to review the discovery and prepare the required pretrial submissions.

The current deadline to submit pretrial materials is August 5, 2026. This is Plaintiff's third request for an adjournment. Plaintiff's prior requests were granted. Plaintiff contacted Defendants' counsel to request consent to the adjournment, but received an automatic response that he is out of the office.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Morgan V. Manley*

Morgan V. Manley

cc: All Counsel of Record