Application granted. The modified Confidentiality Stipulation and Proposed Protective Order will be docketed separately.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 5, 2026

**Office of the New York State Attorney General**

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Rodriguez v. Burnett et al.*, 22-CV-10056 (PMH)

Dear Judge Halpern,

I write on behalf of Defendants Michel Blot, Mohammad Bhuiyan, Richard Flanagan, Johnathan Franco, Angel Matos, Vicente Santiago, Jean Marc Oge, Jason Crofoot, Carlton Garrett, Christopher Ciaccio and Alexis Cherry ("Defendants"), and on consent of Plaintiff Ralph Rodriguez, to respectfully request that the Court enter the attached proposed Stipulation of Confidentiality and Protective Order ("Proposed Stipulation") that has been agreed upon by both parties. While Defendants understand that Your Honor's Individual Rules maintain a Model Confidentiality Stipulation and Proposed Protective Order ("Model Stipulation")—and despite discovery being closed in this matter—the parties seek leave to file the Proposed Stipulation because it addresses in greater detail the remaining documents and information generated during the discovery period that will be produced to Plaintiff's counsel with a "Confidential" or "Attorney's Eyes Only" designation.

Specifically, Defendants and the New York State Department of Corrections and Community Supervision ("DOCCS") have designated certain material, such as reports and records prepared by the DOCCS's Office of Special Investigations, as disclosable only pursuant to a "Confidential" or "Attorney's Eyes Only" designation, as they contain sensitive third-party information, and disclosure could jeopardize institutional safety or security.

Due to the sensitive nature of these materials, and given the procedural posture of this case, I respectfully request that the Court enter the Proposed Stipulation in lieu of its Model Stipulation.

Respectfully submitted,

*/s/ Gabriel Cahn*
Gabriel Cahn
Assistant Attorney General
28 Liberty Street, 18th Floor

New York, NY 10005
(212) 416-8570
Gabriel.Cahn@ag.ny.gov
*Attorney for Defendants*

cc: Morgan V. Manley
John G. McCarthy, Sr.
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
15th Floor
New York, NY 10019
(212) 907-9700
mmanley@sgrlaw.com
jmccarthy@sgrlaw.com
*Attorneys for Plaintiff*
**(via ECF)**