Application granted. The Parties shall, by September 25, 2026, file those materials required by Rule 6(A) and 6(B) of this Court's Individual Practices. No further extensions are likely to be granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 141.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 2, 2026

**Office of the New York State Attorney General**

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Rodriguez v. Burnett et al.*, 22-CV-10056 (PMH)

Dear Judge Halpern,

I write on behalf of Defendants Michel Blot, Mohammad Bhuiyan, Richard Flanagan, Johnathan Franco, Angel Matos, Vicente Santiago, Jean Marc Oge, Jason Crofoot, Carlton Garrett, Christopher Ciaccio and Alexis Cherry ("Defendants"), as well as Plaintiff Ralph Rodriguez, to respectfully request a brief extension of the parties' deadline to file those materials required by Rule 6(A) and 6(B) of this Court's Individual Practices, from September 7, 2026 until September 25, 2026.

The reason for this request is that, following the Court's endorsement of the parties' modified Confidentiality Stipulation and Proposed Protective Order on August 6, 2026 (Dkt. No. 139) and Defendants' subsequent production of the remaining discovery in this action, Plaintiff is still finalizing his portions of the required joint pretrial materials. Once they are transmitted to Defendants, the parties will then need additional time to finalize their joint submissions. This is the fourth request for the extension of this deadline, and the parties do not anticipate seeking any additional extensions.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Gabriel Cahn*
Gabriel Cahn
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-8570
Gabriel.Cahn@ag.ny.gov
*Attorney for Defendants*

cc: Morgan V. Manley
John G. McCarthy, Sr.
Carly M. Allen
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas
15th Floor
New York, NY 10019
(212) 907-9700
mmanley@sgrlaw.com
jmccarthy@sgrlaw.com
callen@sgrlaw.com
*Attorneys for Plaintiff*
**(via ECF)**