UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH RODRIGUEZ,<br><br>Plaintiff,<br><br>- against -<br><br>MICHEL BLOT, MOHAMMAD BHUIYAN, RICHARD FLANAGAN, JOHNATHAN FRANCO, ANGEL MATOS, VICENTE SANTIAGO, JEAN MARC OGE, JASON CROFOOT, CARLTON GARRETT, CHRISTOPHER CIACCIO, and ALEXIS CHERRY,<br><br>Defendants. | 22-CV-10056 (PMH)<br><br>**NOTICE OF MOTIONS *IN LIMINE*** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motions *In Limine*, the Declaration of Gabriel Cahn, and all other prior pleadings and proceedings herein, Defendants Michel Blot, Mohammad Bhuiyan, Richard Flanagan, Johnathan Franco, Angel Matos, Vicente Santiago, Jean Marc Oge, Jason Crofoot, Carlton Garrett, Christopher Ciaccio and Alexis Cherry, through their attorney, LETITIA JAMES, Attorney General of the State of New York, hereby move this Court before the Honorable Philip M. Halpern, United States District Judge, in Courtroom 520 of the United States Courthouse located at 300 Quarropas Street in White Plains, New York, at a date and time to be determined by the Court, for an Order (1) scheduling an evidentiary hearing for Defendants' affirmative defense related to administrative exhaustion under the Prison Litigation Reform Act ("PLRA"), 42 U.S.C.§ 1997e, and precluding the testimony of nonparty incarcerated or formerly incarcerated individuals about the general grievance process at Fishkill Correctional Facility; (2) precluding Plaintiff from offering evidence or testimony about unpled or dismissed claims; (3) precluding Plaintiff from offering testimony about the underlying reasons for the December 2021 CERT search at Fishkill;

(4) precluding Plaintiff from referring to unrelated instances of DOCCS misconduct, unrelated prior or pending civil lawsuits, or unsubstantiated allegations of misconduct; (5) precluding Plaintiff from speculating about spoliation of evidence; (6) permitting Defendants to impeach Plaintiff and any incarcerated or formerly incarcerated witnesses on the essential facts of his/their prior criminal convictions under Federal Rule of Evidence 609; and (7) precluding Plaintiff from asking the jury for a specific dollar amount in damages.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's pre-trial schedule and Rule 6.C of the Court's Individual Practices, any opposition is due on or before October 2, 2026.

Dated: New York, New York
September 25, 2026

LETITIA JAMES
Attorney General of the
State of New York
*Attorney for Defendants*

By:
*/s/ Gabriel Cahn*
Gabriel Cahn
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8570
Gabriel.Cahn@ag.ny.gov