UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH RODRIGUEZ,

Plaintiff,

-against-

MICHEL BLOT, et al.,

Defendants.

**ORDER**

22-CV-10056 (PMH)

PHILIP M. HALPERN, United States District Judge:

A pretrial conference has been scheduled for November 23, 2026 at 2:30 p.m. to be held in Courtroom 520 of the White Plains Courthouse.

SO ORDERED:

Dated: White Plains, New York
October 14, 2026

Hon. Philip M. Halpern
United States District Judge