UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH RODRIGUEZ,

Plaintiff,

-against-

MICHEL BLOT, et al.,

Defendants.

**ORDER**

22-CV-10056 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff and counsel for all parties appeared for an in-person pretrial conference on November 23, 2026. For the reasons set forth on the record, the four branches of Plaintiff's motion *in limine* (Doc. 150) are GRANTED IN PART AND DENIED IN PART and the seven branches of Defendant's motion *in limine* (Docs. 122, 143) are GRANTED IN PART AND DENIED IN PART as stated.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **December 23, 2026**, an Amended Proposed Joint Pretrial Order.
2. The Court issued its rulings which granted, granted in substance, or denied the parties' proposed Voir Dire questions. The Court circulated the proposed Voir Dire Questionnaire. Any serious objections thereto, and any additions or deletions, in particular: any other people/places/entities that may be mentioned at trial; and names of other individuals who might be at counsel table besides those identified in the questions (like paralegals, interns, etc.), shall be set forth in a joint letter filed by **December 23, 2026**.
3. The parties shall meet and confer and prepare a joint summary of the case that will be read to the jury to describe what this trial is generally about. The joint summary should be no longer than a paragraph, and shall be filed by **December 23, 2026**.
4. The parties shall meet and confer regarding changes to the proposed Verdict Sheets and file, by **December 23, 2026**, a single revised joint proposed Verdict Sheet.
5. The parties shall meet and confer regarding changes to the proposed Jury Instructions and file, by **December 23, 2026**, revised joint proposed Jury Instructions.

6. The parties shall meet and confer and file, by no later than **<u>December 4, 2026</u>**, a joint letter notifying the Court of the status of settlement discussions, if any, and whether the Parties will pursue settlement.
7. Three exhibit binders containing the parties' exhibits (without duplicates), and an index listing the content of the binders shall be produced to the Court at least one week prior to trial.
8. This case is scheduled for trial to commence on **<u>April 19, 2027 at 9:00 a.m.</u>**

*See* Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Docs. 122, 143, and 150.

SO ORDERED:

Dated: White Plains, New York
November 24, 2026

Philip M. Halpern
United States District Judge